IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:10cv020

| | |
|---|---|
| ANGELA R. SHEPPARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| COMMISSIONER OF SOCIAL | ) |
| SECURITY, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## J U D G M E N T

For the reasons set forth in the Memorandum of Decision and Order filed simultaneously herewith,

**IT IS, THEREFORE, ORDERED** that the Defendant's Objection is **SUSTAINED**, and the Magistrate Judge's Memorandum and Recommendation is **ACCEPTED IN PART** and **REJECTED IN PART**.

**IT IS FURTHER ORDERED** that the Plaintiff's Motion for Summary Judgment is **GRANTED**; the Defendant's Motion for Summary Judgment is **DENIED**; and this case is **REVERSED AND REMANDED** for further proceedings, consistent with the Court's Memorandum of Decision and Order.

**IT IS SO ORDERED.**

Signed: September 14, 2011

Martin Reidinger
United States District Judge